BROWN v. STATE. (Court of Criminal Appeals of Texas. Oct. 29, 1913.) Appeal from District Court, Bexar County; W. S. Ander-

son, Judge. Curley Brown was convicted of burglary, and appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of burglary; his punishment being assessed at five years' confinement in the penitentiary. The record is before us without a statement of facts or bill of exceptions. The matters set out in the motion for new trial are in such condition that they cannot be intelligently revised in the absence of statement of facts. The judgment is affirmed.